# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S) <br> v. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **JUDGMENT ON THE VERDICT** <br> **FOR THE PLAINTIFF(S)** |

    This action came on for jury trial, the Honorable _____ District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

recover of the defendant(s):

_____

_____

the sum of _____, ~~with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of~~ _____.

                                      Clerk, U. S. District Court

Dated: _____   By _____
                                                                              Deputy Clerk

At: _____

cc: *Counsel of record*

CV-49 (05/98)                   **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**