FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ESTATE OF TERRY NASH, et al.

PLAINTIFF(S)

v.

CITY OF SAN BERNARDINO, et al.

DEFENDANT(S).

CASE NUMBER

CV 09-08671-RGK (FFMx)

**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**

This action came on for jury trial, the Honorable **Rl Gary Klausner** District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Sheryl Nash

recover of the defendant(s):

City of San Bernardino

the sum of $501,000, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: October 12, 2011

By S. Williams
Deputy Clerk

At: Los Angeles

cc: *Counsel of record*

CV-49 (05/98)    JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)