Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHERYL JACKSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAN BERNARDINO,<br><br>　　　　Defendant. | Case No. CV 09-08671-RGK (FFMx)<br><br>[PROPOSED] ORDER DISMISSING ACTION PURSUANT TO SETTLEMENT |

Having considered the stipulation of the parties, and good cause having been shown, **IT IS HEREBY ORDERED THAT** the action is DISMISSED and all dates VACATED. The Court shall retain jurisdiction to enforce the terms of the parties' settlement.

**IT IS SO ORDERED.**

DATED: 06·07, 2012

_____
Hon. R. Gary Klausner
United States District Judge

Case No. CV 09-08671-RGK (FFMx)
ORDER