Dale K. Galipo, Esq. (SBN: 144074)
Thomas Seabaugh, Esq. (SBN: 272458)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
T: (818) 347-3333
F: (818) 347-4118
E-mail: tseabaugh@galipolaw.com

Lazaro E. Fernandez, Esq. (SBN: 134430)
LAW OFFICE OF LAZARO E. FERNANDEZ, INC.
3600 Lime Street, Suite 614
Riverside, California 92501
T: (951) 684-4474
F: (951) 684-4625
E-mail: lef-law@pacbell.net

Attorneys for Plaintiffs Sheryl Jackson and Kelvin Jackson, as individuals and representatives of the Estate of Terry Nash

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL JACKSON AND KELVIN NASH, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN BERNARDINO; OFFICER ROBERT BELLAMY; OFFICER RONEL NEWTON; SERGEANT DAN GOMEZ; OFFICER LANIER ROGERS; OFFICER CLINT WALTON; OFFICER ERICK MARTIN; OFFICER BRETT MURPHY; OFFICER SHAUN SANDOVAL; OFFICER ROBERT HERNANDEZ; and CHIEF KEITH KILMER, <br><br> Defendant. | Case No. 2:09-cv-08671-RGK-FFM <br><br> **STIPULATION OF DISMISSAL PURSUANT TO F.R.B.P. 7041 AND F.R.C.P. 41(a)(1)(A)(ii)** <br><br> [Proposed Order Lodged Concurrently] <br><br> [No Hearing Required] |

This *Stipulation Of Dismissal Pursuant To F.R.B.P. 7041 And F.R.C.P. 41(a)(1)(A)(ii)* ("Stipulation") is entered into by and between plaintiffs Sheryl Jackson and Kelvin Jackson, as individuals and representatives of the Estate of Terry Nash (together, "Plaintiffs") and defendants City of San Bernardino et al. ("Defendant"), by and through their respective counsel of record, based upon the following:

## RECITALS

A. On November 24, 2009, Sheryl Jackson and Kelvin Nash filed a "Civil Complaint for Damages" ("Complaint") commencing the above-captioned case ("Action") on behalf of themselves and the Estate of Terry Nash. The claims of Kelvin Nash in this Action have been dismissed.

B. On August 1, 2012, the City filed a petition under chapter 9 of the Bankruptcy Code commencing Case No. 6:12-bk-28006-MJ ("Bankruptcy Case"). The filing of the Bankruptcy Case stayed the Action. On September 17, 2013, an Order for Relief was entered in the Bankruptcy Case.

C. Plaintiffs recently entered into a Settlement Agreement and Release ("Settlement Agreement") that provides, in part, that Plaintiffs would execute a Request for Dismissal with prejudice of this Action and authorized attorneys for the City to file the Request for Dismissal with the Court upon depositing the settlement check for delivery by mail to Plaintiffs' attorney of record.

D. The parties now wish to dismiss the Action with prejudice in its entirety, and this Stipulation is the Request for Dismissal with prejudice anticipated by the Settlement Agreement.

## STIPULATION

Based on the foregoing recitals, which are incorporated herein by reference as though set forth fully herein,

IT IS HERBY STIPULATED AND AGREED, by and among the parties to this Stipulation, that:

1

STIPULATION TO DISMISS ACTION

1. The parties represent and warrant that each person whose signature appears hereon has been duly authorized and has full authority to execute this Stipulation on behalf of the respective parties;

2. The above-captioned Action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its or his own respective attorneys' fees and costs; and

3. This Court shall retain jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this Stipulation and the Order approving this Stipulation.

Dated: March 31, 2017    LAW OFFICE OF DALE K. GALIPO

By: _____
Dale K. Galipo

March 23, 2017    LAW OFFICE OF LAZARO E. FERNANDEZ, INC.

By: _____
Lazaro E. Fernandez, Esq.

Attorneys for Plaintiffs Sheryl Jackson and Kelvin Nash

Dated: April 11, 2017    GARY D. SAENZ, CITY ATTORNEY

By: _____
Jolena E. Grider
Chief Assistant City Attorney
Attorneys for Defendants City of San Bernardino; Officer Robert Bellamy; Officer Ronel Newton; Sergeant Dan Gomez; Officer Lanier Rogers; Officer Clint Walton; Officer Erick Martin; Officer Brett Murphy; Officer Shaun Sandoval; Officer Robert Hernandez; and Chief Keith Kilmer